# Exhibit B

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI<br>135 Conant Road<br>Weston, MA 02493<br><br>             Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>             Defendants. | CIVIL ACTION _____<br><br>SUPERIOR COURT NO. 06-0006752 |

## DEFENDANT PHARMACIA AND UPJOHN COMPANY'S CONSENT TO REMOVAL

Defendant Pharmacia and Upjohn Company, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 0006752-06), to this Court.

_Elizabeth Ewert_ (by permission BCW)
Elizabeth Ewert
Michael McManus
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**ATTORNEYS FOR PHARMACIA AND UPJOHN COMPANY**

2098440v1