# Exhibit C

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI<br>135 Conant Road<br>Weston, MA 02493<br><br>            Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.<br>Lilly Corporate Center<br>Indianapolis, IN  46285<br><br>            Defendants. | CIVIL ACTION _____<br><br>SUPERIOR COURT NO. 06-0006752 |

## DEFENDANT DART INDUSTRIES INC.'S CONSENT TO REMOVAL

Defendant Dart Industries, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 0006752-06), to this Court.

/s/ John F. Anderson (by permission BGW)
John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**ATTORNEYS FOR DART INDUSTRIES, INC.**

2098471v1