# Exhibit D

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
NICOLE EMILY YANKELOVICH            *
MORDECAI and DAVID MORDECAI         *
135 Conant Road                     *
Weston, MA 02493                    *
                                    *
              Plaintiffs,           *   CIVIL ACTION _____
                                    *
        vs.                         *   SUPERIOR COURT NO. 06-0006752
                                    *
ELI LILLY AND COMPANY, et al.       *
Lilly Corporate Center              *
Indianapolis, IN  46285             *
                                    *
                                    *
              Defendants.           *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT GLAXOSMITHKLINE'S CONSENT TO REMOVAL

Defendant GlaxoSmithKline, incorrectly sued as "GlaxoSmithKline, Inc.", with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 0006752-06), to this Court.

/s/ Janet K. Coleman
Daniel W. Whitney (438668)
Janet K. Coleman (497902)
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**ATTORNEYS FOR GLAXOSMITHKLINE**

2098492v1