# Exhibit E

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
NICOLE EMILY YANKELOVICH          *
MORDECAI and DAVID MORDECAI       *
135 Conant Road                   *
Weston, MA 02493                  *
                                  *
                  Plaintiffs,     *    CIVIL ACTION _____
                                  *
        vs.                       *    SUPERIOR COURT NO. 06-0006752
                                  *
ELI LILLY AND COMPANY, et al.     *
Lilly Corporate Center            *
Indianapolis, IN  46285           *
                                  *
                                  *
                  Defendants.     *
* * * * * * * * * * * ** * * * * * * * * * * * *
```

## DEFENDANT MERCK & COMPANY, INC.'S CONSENT TO REMOVAL

Defendant Merck and Company, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 0006752-06), to this Court.

*Elizabeth Ewert (by permission)*
*bw*

Elizabeth Ewert
Michael McManus
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**ATTORNEYS FOR
MERCK & COMPANY, INC.**

2098831v1