# Exhibit F

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
***************************
NICOLE EMILY YANKELOVICH      *
MORDECAI and DAVID MORDECAI   *
135 Conant Road               *
Weston, MA 02493              *
                              *
              Plaintiffs,     *   CIVIL ACTION _____
                              *
       vs.                    *   SUPERIOR COURT NO. 06-0006752
                              *
ELI LILLY AND COMPANY, et al. *
Lilly Corporate Center        *
Indianapolis, IN  46285       *
                              *
                              *
              Defendants.     *
***************************
```

## DEFENDANT ABBOTT LABORATORIES, INC.'S CONSENT TO REMOVAL

Defendant Abbott Laboratories, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 0006752-06), to this Court.

_____ (by permission BGW)
Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793

ATTORNEYS FOR ABBOTT
LABORATORIES, INC.

2098447v1