# Exhibit G

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
NICOLE EMILY YANKELOVICH          *
MORDECAI and DAVID MORDECAI       *
135 Conant Road                   *
Weston, MA 02493                  *
                                  *
              Plaintiffs,         *   CIVIL ACTION _____
                                  *
        vs.                       *   SUPERIOR COURT NO. 06-0006752
                                  *
ELI LILLY AND COMPANY, et al.     *
Lilly Corporate Center            *
Indianapolis, IN  46285           *
                                  *
                                  *
              Defendants.         *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT ORTHO-MCNEIL
## PHARMACEUTICAL, INC.'S CONSENT TO REMOVAL

Defendant Ortho-McNeil Pharmaceutical, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 0006752-06), to this Court.

_Elizabeth Ewert_ (by permission BGW)
Elizabeth Ewert
Michael McManus
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**ATTORNEYS FOR ORTHO-MCNEIL PHARMACEUTICAL, INC.**

2098539v1