# Exhibit H

Case 1:06-cv-01634-RCL    Document 1-9    Filed 09/21/2006    Page 1 of 2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
NICOLE EMILY YANKELOVICH           *
MORDECAI and DAVID MORDECAI        *
135 Conant Road                    *
Weston, MA 02493                   *
                                   *
            Plaintiffs,            *   CIVIL ACTION _____
                                   *
    vs.                            *   SUPERIOR COURT NO. 06-0006752
                                   *
ELI LILLY AND COMPANY, et al.      *
Lilly Corporate Center             *
Indianapolis, IN 46285             *
                                   *
                                   *
            Defendants.            *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### DEFENDANT MALLINKRODT, INC.'S CONSENT TO REMOVAL

Defendant Mallinkrodt, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 0006752-06), to this Court.

*Janet K. Coleman*

Daniel W. Whitney (438668)
Janet K. Coleman (497902)
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

ATTORNEYS FOR MALLINKRODT, INC.

2099421v1