# Exhibit I

### SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| NICOLE EMILY YANKELOVICH <br> MORDECAI <br> and <br> DAVID MORDECAI <br> 135 Conant Road <br> Weston, MA 02493 <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY <br> Lilly Corporate Center <br> Indianapolis, IN 46285 <br><br> and <br><br> BRISTOL-MYERS SQUIBB COMPANY <br> a successor of E.R. SQUIBB & SONS, INC. <br> P. O. Box 4500 <br> Princeton, NJ 08543 <br><br> and <br><br> PHARMACIA and UPJOHN COMPANY <br> (a/k/a THE UPJOHN COMPANY) <br> 100 Route 206 North <br> Peapack, NJ 07977 <br><br> and <br><br> ABBOTT LABORATORIES, INC. <br> 100 Abbott Park Road <br> Abbott Park, IL 60064 <br><br> and <br><br> DART INDUSTRIES, INC., a successor to <br> REXALL DRUG COMPANY, INC. <br> w/s/o: Sheila AnnMarie Moeller, Esq. <br>       Gilbride, Tusa, Last & Spellane LLC <br>       31 Brookside Drive <br>       Greenwich, CT 06836 | SUPERIOR COURT NO. 06-0006752 <br><br> NOTICE OF REMOVAL TO <br> FEDERAL COURT |

2098170v1

and                                                              )
                                                                 )
                                                                 )
                                                                 )
GLAXOSMITHKLINE, INC.,                                           )
a successor to S.E. Massengill and                               )
Burroughs-Wellcome Co.,                                          )
1500 K Street, NW                                                )
Washington, D.C.  20036                                          )
                                                                 )
and                                                              )
                                                                 )
PREMO PHARMACEUTICAL                                             )
LABORATORIES, INC.                                               )
w/s/o:  Corporation Trust Co.                                    )
        820 Bear Tavern Road                                     )
        West Trenton, NJ 08628                                   )
                                                                 )
and                                                              )
                                                                 )
ORTHO MCNEIL LABS, INC.                                          )
Camp Hill Road                                                   )
Ft. Washington, PA  19034                                        )
                                                                 )
and                                                              )
                                                                 )
PERSON & COVEY, INC.                                             )
616 Allen Avenue                                                 )
Glendale, CA  91221                                              )
                                                                 )
and                                                              )
                                                                 )
MERCK & COMPANY, INC.                                            )
P. O. Box 4                                                      )
West Point, PA  19486                                            )
                                                                 )
and                                                              )
                                                                 )
MALLINCKRODT, INC.                                               )
675 McDonnell Boulevard                                          )
St. Louis, MO 63042                                              )
                                                                 )
and                                                              )
                                                                 )
                                                                 )
                                                                 )

2

ELAN PHARMACEUTICALS,               )
A successor to CARNRICK             )
LABORATORIES, INC.,                 )
w/s/o:  CT Corporation              )
        1025 Vermont Avenue, NW     )
        Washington, DC 20005        )
                                    )
                Defendants.         )
                                    )
_____ )

## NOTICE OF REMOVAL TO FEDERAL COURT

TO:   THE CLERK OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA,
      CIVIL DIVISION

      PLEASE TAKE NOTICE that on the 21st day of September, 2006, Defendant Eli

Lilly and Company filed in the United States District Court for the District of Columbia, a

Notice of Removal of the above-styled action.  A true and accurate copy of such Notice of

Removal is attached hereto as Exhibit "1" and is incorporated herein by reference.

      Pursuant to 28 U.S.C. § 1446(d), the filing of the attached Notice of Removal has

effected the removal of the above-styled action, and the Superior Court of the District of

Columbia, Civil Division, should proceed no further unless and until this case is remanded.


                              Respectfully submitted,


                              _____
                              Michelle R. Mangrum, D.C. Bar No. 473634
                              John Chadwick Coots, D.C. Bar No. 461979
                              Emily J. Laird, D.C. Bar No. 485890
                              SHOOK, HARDY & BACON L.L.P.
                              600 14th Street, N.W., Suite 800
                              Washington, DC  20005-2004
                              Phone:  (202) 783-8400; Fax: (202) 783-4211


                                    3

2098170v1

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550; Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

2098170v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2006, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline,
and Mallinckrodt, Inc.**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb
Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
**Attorneys for Merck & Company, Inc.,
Pharmacia and Upjohn Company and
Ortho-McNeil Pharmaceutical, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102
**Attorneys for Dart Industries, Inc.**

Aaron M. Bailey
Goodwin Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceutical
Laboratories, Inc.**

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314
**Attorneys for Person & Covey, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Elan Pharmaceuticals**

_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

5

2098170v1