IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>  Defendants. | ]<br>]<br>]<br>]<br>]<br>]  Civil Action No.: 06-1634 (GK)<br>]  Next Event:<br>]<br>]<br>] |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI in the above-referenced matter.

                              Respectfully submitted,

                              AARON M. LEVINE & ASSOCIATES


                               /s/ Aaron M. Levine
                              AARON M. LEVINE, #7864
                              1320 19th Street, N.W., Suite 500
                              Washington, DC  20036
                              202-833-8040
                              Fax: 202-833-8046