# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI,** ] <br> ] <br> **Plaintiffs,** ] <br> ] <br> v. ] <br> ] <br> **ELI LILLY AND COMPANY, et al.,** ] <br> ] <br> **Defendants.** ] | **Civil Action No.: 06-1634 (GK)** <br> **Next Event:** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046