IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI, *et al.*, | )<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| | ) Case No. 06CA1634GK |
| v. | )<br>) |
| ELI LILLY AND COMPANY, *et al.*, | )<br>) |
| *Defendants.* | ) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Elizabeth Ewert and Michael J. McManus as counsel in this case for Defendant Pharmacia & Upjohn Company LLC.

I certify that the above-named counsel are admitted to practice in this court.

Respectfully submitted,

By:   /s/Elizabeth Ewert
    Elizabeth Ewert (#479368)
    Michael J. McManus (#262832)
    DRINKER BIDDLE & REATH LLP
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005-1209
    Telephone: 202/842-8800
    Telecopier: 202/842-8465
    *Attorneys for Pharmacia & Upjohn Company LLC*

Dated: September 27th, 2006

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2006, a copy of the above and foregoing **Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert