IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI, *et al.*, | ) ) ) |
| *Plaintiffs,* | ) ) ) Case No. 06CA1634GK |
| v. | ) ) |
| ELI LILLY AND COMPANY, *et al.*, | ) ) |
| *Defendants.* | ) |

**DEFENDANT PHARMACIA & UPJOHN COMPANY LLC'S
CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES**

I, the undersigned, counsel of record for Defendant Pharmacia & Upjohn Company LLC f/k/a Pharmacia & Upjohn Company f/k/a The Upjohn Company ("Upjohn"), certify that to the best of my knowledge and belief, Upjohn has the following parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

- Pharmacia & Upjohn
- Pharmacia Corporation
- Pfizer, Inc.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: /s/ Elizabeth Ewert
Elizabeth Ewert (#479368)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465
*Attorneys for Pharmacia & Upjohn Company LLC*

Dated: September 27, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2006, a copy of the above and foregoing **Defendant Pharmacia & Upjohn Company LLC's Certificate Required by LCvR 7.1 of the Local Rules** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert