## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI<br><br>Plaintiffs<br><br>v.<br><br>ELI LILLY & CO., et. al.<br><br>Defendants | *<br>*<br>*<br>*<br>*    Case No. 06 CV 01634(GK)<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, sued herein as successor to The S.E. Massengill Company.

Respectfully submitted,

/s/ Janet K. Coleman
Janet K. Coleman (MD06658)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD  21204
(410) 583-8000
**Attorneys for GLAXOSMITHKLINE**