IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLE EMILY YANKELOVICH
  MORDECAI and
DAVID MORDECAI
 Plaintiffs

                    *     Civil Action No. 06-1634 (GK)

v.                         *

Eli Lilly and Company, et al     *

 Defendants               *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ENTRY OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of Mallinckrodt, Inc. in the above captioned matter.

                  Respectfully submitted,

                  /s/
                  _____
                  Janet K. Coleman (497902)
                  WHITNEY & BOGRIS, LLP
                  401 Washington Avenue
                  12th Floor
                  Towson, MD  21204
                  (410) 583-8000
                  **Attorneys for Mallinckrodt, Inc.**