IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLE EMILY YANKELOVICH
    MORDECAI and
DAVID MORDECAI                                  *
Plaintiffs
                                       *

v.                                       Civil Action No. 06-1634 (GK)
                                    *

Eli Lilly and Company, et al
                                     *

    Defendants
                                     *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**DEFENDANT MALLINCKRODT, INC.'S LCvR 7.1 CERTIFICATE**

I, the undersigned, counsel of record for Mallinckrodt, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Mallinckrodt, Inc. which have any outstanding securities in the hands of the public:

                     Tyco International Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

                                       Respectfully submitted,

                                            /s/                 
                                       Janet K. Coleman (497902)
                                       WHITNEY & BOGRIS, LLP
                                       401 Washington Avenue
                                       12th Floor
                                       Towson, MD  21204
                                       (410) 583-8000
                                       **Attorneys for Mallinckrodt, Inc.**