IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE EMILY YANKELOVICH MORDECAI, et al.** | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) Civil Action No.: 06-CV-1634 (JDB) |
| v. | ) <br> ) |
| **ELI LILLY AND COMPANY, et al.** | ) <br> ) |
| **Defendants.** | ) <br> ) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearances of Harold M. Walter and Jaime W. Luse as counsel in this case for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.

I certify that the above-named attorneys are admitted to practice in this Court.

Respectfully submitted,

_____/s/_____
Harold M. Walter, Bar No. MD03387
Tydings & Rosenberg LLP
 100 East Pratt Street, 26th Floor
 Baltimore, Maryland 21202
 (410) 752-9700

*Attorneys for Elan Pharmaceuticals, Inc.
f/k/a Carnrick Laboratories, Inc.*

#533787v.1