**IN THE U.S. DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:06-CV-01634-JDB |
| v. | ) ) | |
| ELI LILLY AND CO., BRISTOL-MYERS SQUIBB CO., MERCK & CO., INC., PHARMACIA and THE UPJOHN CO., DART INDUSTRIES, INC., ELAN PHARMACEUTICALS, PERSON & COVEY, INC., ORTHO-McNEIL PHARMAEUTICAL, INC., PREMO PHARMACEUTICAL LABORATORIES, INC., GLAXOSMITHKLINE, INC., MALLINCKRODT, INC. and ABBOTT LABORATORIES, 100 Abbott Park Road, Abbott Park, Illinois 60064-3500, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF DISMISSAL**
**OF DEFENDANT ABBOTT LABORATORIES**

Pursuant to Fed. R. Civ. P. 41(a)(1), the Clerk of said Court will please note that

Plaintiff has voluntarily dismissed all her claims against Abbott Laboratories in the above-

referenced action with prejudice.

Date: October 31, 2006                    Respectfully Submitted,


 /s/ Aaron M. Levine
Aaron M. Levine
D.C. Bar No: 7864
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
202-833-8040

Counsel for Plaintiff