UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLE EMILY YANKELOVICH ]
MORDECAI, et.al. ]
]
]
Plaintiffs, ]
]
v. ]   Civil Action No.: 1:06-cv-1634 (RCL)
]
ELI LILLY & COMPANY, et. al. ]
]
Defendants. ]

### PLAINTIFFS' PROOF OF SERVICE

I, BRANDON J. LEVINE, being duly sworn deposes and states:

1. That I am attorney of record for the Plaintiffs, Nicole Emily Yankelovich Mordecai and David Mordecai, in the above cause.

2. That on September 5, 2006, I personally caused to be mailed, certified mail, return receipt requested, the Complaint, Summons, and Initial Order to Premo Pharmaceutical Laboratories, Inc., Defendant in this action. That on September 9, 2006 said Complaint, Summons, and Initial Order, was served on the Defendant, as shown by the return receipt, attached hereto.

I declare under the penalty of perjury that the foregoing is true and correct.

AARON M. LEVINE & ASSOCIATES

BRANDON J. LEVINE    #412130
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
202/833 – 8040

Counsel for Plaintiff

Sworn to before me, this 2nd day of November, 2004.

Notary Public
Commission Expires: 06-14-09