**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark Here: 9-5-06 Mordecai

Sent To: Premo
Street, Apt. No.; or PO Box No.: 820 Bear Tavern Rd
City, State, ZIP+4: West Trenton NJ 08628

Article Number: 7003 2260 0000 9625 5551

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Premo Pharmaceutical Laboratories, Inc.
   w/s/o/ Corporation Trust Co.
   820 Bear Tavern Road
   West Trenton, NJ 08628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [illegible]    C. Date of Delivery: 9/7
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 9625 5551

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540