# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE EMILY YANKELOVICH** ) | |
| **MORDECAI**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-1634 (RCL)** |
| ) | |
| **ELI LILLY AND COMPANY**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

All defendants have filed answers. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 9, 2006.

1