IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ELI LILLY AND COMPANY, et al.,**<br><br>**Defendants.** | Civil Action No.: 06-1634 (RCL)<br>Next Event: |

## [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

March 15, 2007: Deadline for serving discovery requests.

May 16, 2007: Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

July 13, 2007: Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

August 13, 2007: All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

September 12, 2007: Deadline for filing Dispositive Motions.

November 2007: Pre-Trial Conference.

*N.B.  In addition, Defendants, Lilly, Upjohn, Merck and Ortho propose January 15, 2007 as the deadline for joinder or amending the pleadings.*

DATED: _____      _____
                                    ROYCE C. LAMBERTH
                                    United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine<br>AARON M. LEVINE, #7864<br>1320 19th Street, N.W.<br>Suite 500<br>Washington, DC 20036<br>202/833-8040<br>Fax: 202-833-8046<br><br>Counsel for Plaintiffs | /s/ Emily J. Laird (by permission-rm)<br>EMILY J. LAIRD, #485890<br>600 14th Street, N.W.<br>Suite 800<br>Washington, DC 20005-2004<br>202-223-1200<br>Fax: 202-783-4211<br><br>and<br><br>David W. Brooks, Esq.<br>Mark C. Hegarty, Esq.<br>Jonathan H. Gregor, Esq.<br>SHOOK, HARDY & BACON, L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>Fax: 816-421-5547<br><br>Counsel for Defendant Eli Lilly and Company<br><br>GOODELL, DEVRIES, LEECH & DANN, LLP<br><br><br>/s/ Sidney G. Leech (by permission-rm<br>SIDNEY G. LEECH, #359071<br>One South Street, 20th Floor<br>Baltimore, MD 21202<br>410-783-4000<br>Fax: 410-783-4040<br><br>Counsel for Defendant Bristol-Myers Squibb |

TROUTMAN SANDERS LLP

/s/ John F. Anderson (by permission-rm)
JOHN F. ANDERSON, #393764
1660 International Drive, Suite 600
McLean, VA   22102
703-734-4356
Counsel for Defendant Dart Industries, Inc.

GOODWIN PROCTER LLP

/s/ Aaron M. Bailey (by permission-rm)
AARON M. BAILEY, #484262
901 New York Avenue, N.W.
Washington, DC   20001
202-346-4000

Counsel for Defendant Premo Pharmaceutical
   Laboratories, Inc.

DRINKER BIDDLE & REATH LLP


/s/ Elizabeth Ewert   (by permission-rm)
ELIZABETH EWERT, #479368
1500 K Street, N.W., Suite 1100
Washington, DC   20005-1209
202-842-8800

Counsel for Defendants Pharmacia and Upjohn
   Company, Merck & Co., Inc. and Ortho-
   McNeil Pharmaceutical, Inc.

WHITNEY & BOGRIS, LLP

/s Janet K. Coleman (by permission-rm)
JANET K. COLEMAN, 497902
401 Washington Avenue, Twelfth Floor
Towson, MD   21204
410-583-8000

Counsel for Defendants SmithKline Beecham
   Corporation d/b/a GlaxoSmithKline and
   Mallinckrodt, Inc.

TYDINGS & ROSENBERG LLP

/s/ Harold M. Walter (by permission-rm)
HAROLD M. WALTER, MD03387
100 East Pratt Street, 26th Floor
Baltimore, MD   21202
410-752-9700

Counsel for Elan Pharmaceuticals, Inc. f/k/a
       Carnrick Laboratories, Inc.

HUDGINS LAW FIRM

/s/ Sean C.E. McDonough (by permission-rm)
SEAN C.E. MCDONOUGH, #438599
515 King Street, Suite 400
Alexandria, VA   22314
703-739-3300

Counsel for Defendant Person & Covey, Inc.

Dated: November 29, 2006