UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE EMILY YANKELOVICH**<br>**MORDECAI and DAVID MORDECAI,**<br><br>    **Plaintiffs,**<br><br>  v.<br><br>**ELI LILLY AND COMPANY,** *et al.*,<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-1634 (RCL)<br>) Next Event:<br>)<br>)<br>) |

## SCHEDULING ORDER

Upon suggestion of the parties it is hereby ORDERED that the parties will observe the following schedule.

A Status Conference is to be set after disposition of any dispositive motion(s), at which dates for ADR, pretrial, and trial will be set.

March 15, 2007:     Deadline for serving discovery requests.

May 16, 2007:     Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

July 13, 2007:     Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

August 13, 2007:     All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

September 12, 2007:  Deadline for filing Dispositive Motions.

November 2007:     Pre-Trial Conference.

January 15, 2007:     Deadline for joinder or amending the pleadings, absent leave of

Court.

Signed by United States District Judge Royce C. Lamberth, November 30, 2006.