# Appendix 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRA D. ALBIN,

   Plaintiff,

v.

ELI LILLY AND COMPANY, et al.,

   Defendants.

Civil Action No. 04-986 (RBW)

## ORDER

This matter came before the Court on July 30, 2004, for a hearing on Plaintiff's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). Upon consideration of this motion and for the reasons expressed by this Court at the July 30, 2004 hearing, it is hereby this 30th day of July, 2004

**ORDERED** that the above-captioned case shall be **TRANSFERRED** to the United States District Court for the Eastern District of New York.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge