UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI,<br><br>        Plaintiffs,<br>v.<br><br>ELI LILLY AND COMPANY, et al.<br><br>        Defendant. | CIVIL ACTION No. 06-1634 (RCL)<br>Next Event:<br>Deadline for Plaintiff's 26(a)(2)<br>May 16, 2007 |

**(PROPOSED) ORDER**

**UPON CONSIDERATION** of Plaintiffs' Partial Consent Motion to Transfer to the Eastern District of New York, and any Oppositions filed thereto, and for good cause shown, it is this ___ day of _____, 2007,

**ORDERED** that Plaintiffs' motion be GRANTED and the present action transferred to the Eastern District of New York.

_____
The Honorable Royce C. Lamberth
United States District Judge