# Exhibit 1

## To
## Memorandum of Points and Authorities
## in Support of Defendant Eli Lilly and Company's
## Motion to Transfer to the District of Massachusetts

Filed in:
*Nicole Mordecai v. Eli Lilly and Company, et. al.*
District Court for the District of Columbia
Civil Action No. 06-1634

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLE EMILY YANKELOVICH )
MORDECAI and DAVID MORDECAI, )
)
Plaintiffs, )
)
vs. )   Civil Action No.: 06-1634 (RCL)
)
ELI LILLY AND COMPANY, et al., )
)
Defendants. )

**AFFIDAVIT OF EMILY J. LAIRD IN SUPPORT OF**
**DEFENDANT ELI LILLY AND COMPANY'S MOTION TO TRANSFER**

I, Emily J. Laird, being first sworn on oath, say that the following is true and correct:

1. I am an attorney in the firm of Shook, Hardy & Bacon, LLP, counsel for defendant Eli Lilly and Company ("Lilly") in the above-captioned action.

2. **Attachment A** is a true copy of this Court's decision in *Thompson v. Eli Lilly and Company*, Civil Action No. 03-CV-00122 (D.D.C. June 27, 2003) (Walton, J.).

3. **Attachment B** is a true copy of this Court's decision in *Abramson v. Eli Lilly and Company*, Civil Action No. 03-CV-2541 (D.D.C. Oct. 25, 2004) (Bates, J.).

4. **Attachment C** is a true copy of this Court's decision in *Lentz v. Eli Lilly and Company*, Civil Action No. 06-CV-1374 (D.D.C. Dec. 18, 2006) (Huvelle, J.).

136725v1

5.  **Attachment D** is a true copy of this Court's decision in *Corbett v. Eli Lilly and Company*, Civil Action No. 05-cv-01584 (D.D.C. June 6, 2006) (Robertson, J.).

Executed on January 30th, 2007

_____
Emily J. Laird


DISTRICT OF         )
                    )ss.
COLUMBIA            )

On this 30th day of January, 2007, before me, a notary public in and for said state, personally appeared Emily J. Laird, to me personally known, who being duly sworn, acknowledged that she had executed the foregoing instrument for purposes therein mentioned and set forth.

_____
NOTARY PUBLIC

My Commission Expires:

_____

KAY D. DALLOSTA
Notary Public District Of Columbia
My Commission Expires June 14, 2007

- 2 -

136725v1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 30th day of January, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline,
and Mallinckrodt, Inc.**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb
Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
**Attorneys for Merck & Company, Inc.,
Pharmacia and Upjohn Company and
Ortho-McNeil Pharmaceutical, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102
**Attorneys for Dart Industries, Inc.**

Aaron M. Bailey
Goodwin Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceutical
Laboratories, Inc.**

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314
**Attorneys for Person & Covey, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Elan Pharmaceuticals**

   /s/ Emily J. Laird
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**