# Attachment D

## To
## Affidavit of Emily J. Laird in Support of
## Defendant Eli Lilly and Company's Motion to Transfer

Filed in:
*Nicole Mordecai v. Eli Lilly and Company, et. al.*
District Court for the District of Columbia
Civil Action No. 06-1634

Case 1:05-cv-01584-JR   Document 16   Filed 06/06/2006   Page 1 of 2
Case 1:06-cv-01375-EGS-AK   Document 15-5   Filed 12/19/2006   Page 27 of 28
Case 1:06-cv-01634-RCL   Document 45-7   Filed 01/30/2007   Page 2 of 3

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN  6 2006

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LISA CORBETT, et al.                    \*

    Plaintiffs,                    \*
                    \*

    vs.                    \*   Civil Action No. 05-cv-01584 (JR)
                    \*

ELI LILLY AND COMPANY, et al.      \*

    Defendants.                    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to Transfer to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a),

IT IS HEREBY ORDERED that Eli Lilly and Company's Motion is granted;

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1404(a), this case is transferred to the United States District Court for the District of Massachusetts.

Dated: _June 5_, 2006          _____
                                United States District Judge

cc:    Appended list of counsel of record

1930502v1

Case 1:05-cv-01584-JR    Document 16    Filed 06/06/2006    Page 2 of 2
Case 1:06-cv-01375-RCL-AK    Document 15-5    Filed 12/19/2006    Page 28 of 28
Case 1:06-cv-01634-RCL    Document 45-7    Filed 01/30/2007    Page 3 of 3

## COUNSEL OF RECORD

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb Company**

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C.  20005-2004
**Attorneys for Defendant Eli Lilly and Company**

- 2 -

1930502v1