## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI, et al. | * | |
| | * | |
| Plaintiffs | * | Civil Action No.: 06-CV-1634 (RCL) |
| v. | * | |
| ELI LILLY & COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

### DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S
### MOTION TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS

Bristol-Myers Squibb Company, one of the Defendants, moves this Honorable Court to enter an Order pursuant to 28 U.S.C. §1404(a), transferring the above-captioned case to the United States District Court for the District of Massachusetts and as grounds therefore says:

1.    This Defendant incorporates by reference the Memorandum of Points and Authorities in support of Defendant Eli Lilly & Company's Motion to Transfer to the District of Massachusetts as fully as if it were repeated verbatim herein.

Respectfully submitted,

_____/s/_____
Sidney G. Leech  (D.C. Bar No. 359071)
Malcolm S. Brisker (D.C. Bar No. 472101)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
410-783-4000
*Attorneys for Defendant*
*Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2007, a copy of Bristol-Myers Squibb Company's Motion to Transfer to the District of Massachusetts was mailed first-class mail, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Emily J. Laird, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004

David W. Brooks, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Stephanie Albert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendants Pharmacia and Upjohn Company; Merck & Company; Ortho-McNeil Pharmaceuticals, Inc.*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204; *Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.*

Aaron M. Bailey, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C.  20005-5793; *Attorneys for Abbott Laboratories, Inc.*

Gerry H. Tostanoski, Esquire
Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland  21202; *Attorneys for Elan Pharmaceuticals*

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia  22314; *Attorneys for Person & Covey, Inc.*


                                        _____/s/_____
                                        Sidney G. Leech

3