IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI AND DAVID MORDECAI | * * * | |
| Plaintiffs | * * | Civil Action No. 06-1634(RCL) |
| v. | * * | |
| ELI LILLY AND COMPANY et al | * * | |
| Defendants | * * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## GLAXOSMITHKLINE'S JOINDER IN MOTION TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS

GlaxoSmithKline ("GSK"), sued herein as " GlaxoSmithKline, Inc., a successor to S.E. Massengill and Burroughs-Wellcome Co.," by and through its attorneys, hereby joins in the Motion to Transfer to the District of Massachusetts filed by Eli Lilly and Company ("Lilly").

In support of this motion, GSK adopts and relies on the Motion to Transfer to the District of Massachusetts and Memorandum in Support of Motion submitted by defendant Lilly in this matter. For the reasons set forth in the pleadings filed by Lilly in this action, GSK requests that the matter be transferred to the District of Massachusetts.

Respectfully submitted,

_____/s/_____
Janet K. Coleman (497902)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
(410) 583-8000
**Attorneys for GLAXOSMITHKLINE**