IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>*Defendants.* | Case No. 06CA1634GK |

## STIPULATION OF AND MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Nicole Emily Yankelovich Mordecai and David Mordecai ("Plaintiffs"), and Defendant Ortho-McNeil Pharmaceutical, Inc. (hereinafter "Ortho-McNeil"), have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Ortho-McNeil. Further, Plaintiffs and Defendant Ortho-McNeil have agreed that Plaintiffs and Defendant Ortho-McNeil will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiffs and Defendant Ortho-McNeil, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Ortho-McNeil each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| AARON M. LEVINE & ASSOCIATES | DRINKER BIDDLE & REATH, LLP |
|---|---|
| By: _____ | By: _____ |
| Aaron M. Levine (#7864) | Elizabeth Ewert (#479368) |
| 1320 - 19th Street, N.W., Suite 500 | 1500 K Street, N.W., Suite 1100 |
| Washington, D.C. 20036 | Washington, D.C. 20005-1209 |
| Telephone: 202/833-8040 | Telephone: 202/842-8800 |
| *Counsel for Plaintiffs* | *Counsel for Defendant Ortho-McNeil Pharmaceutical, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March, 2007, a copy of the foregoing **Stipulation of and Motion for Dismissal with Prejudice** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert