UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NICOLE EMILY YANKELOVICH MORDECAI**, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-1634 (RCL) ) |
| **ELI LILLY AND COMPANY**, *et al.*, | ) ) |
| Defendants. | ) ) ) |

### ORDER

Upon consideration of the joint Stipulation [51] of Dismissal, in which plaintiffs Nicole Emily Yankelovich Mordecai and David Mordecai and defendant Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil"), in which those parties describe a settlement reached between them, and the entire record herein, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE as to defendant Ortho-McNeil.

Signed by Royce C. Lamberth, United States District Judge, April 2, 2007.