UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NICOLE EMILY YANKELOVICH MORDECAI**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1634 (RCL) |
| **ELI LILLY AND COMPANY**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Plaintiffs, with the consent of three other still-pending defendants, filed a motion [44] to transfer this case to the Eastern District of New York, pursuant to 28 U.S.C. § 1404(a).

Defendant Eli Lilly and Company opposes transfer to the Eastern District of New York, and cross-moves [45] for transfer to the District of Massachusetts. Three other defendants – Bristol-Meyers Squibb Company, Mallinckrodt, Inc., and GlaxoSmithKline – also filed motions [48, 49, 50] to transfer this case to the District of Massachusetts.

Plaintiff resides in Massachusetts, was treated there, and all but one of her treating physicians resides in Massachusetts. Although the alleged injury occurred in New York, and plaintiff's mother resides there, the Court concludes that the overall convenience of the parties and witnesses and the interests of justice are best served by transfer to plaintiff's home forum, the District of Massachusetts.

Accordingly, the motions to transfer to the District of Massachusetts are GRANTED and the motion to transfer to the Eastern District of New York is DENIED.

The Clerk shall transmit the record of this case to the clerk of the District Court for the District of Massachusetts.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 9, 2007.