IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI and DAVID MORDECAI,<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY & CO., et al.,<br><br>    Defendants. | Civil Action No. 06-1634<br>Judge Bates |

## PRAECIPE OF DISMISSAL OF DEFENDANT PERSON & COVEY, INC. ONLY WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure it is hereby stipulated by the undersigned, the attorneys of record in the above-titled action that any and all claims asserted by Plaintiffs Nicole and David Mordecai in the above entitled action are dismissed as to Defendant Person & Covey, Inc. with prejudice and without costs to either party as against the other. All claims against any remaining defendants remain open.

                              NICOLE EMILY YANKELOVICH MORDECAI
                              And
                              DAVID MORDECAI


Dated: May 16, 2007           /s/ Aaron Levine
                              Aaron M. Levine (#7864)
                              AARON M. LEVINE & ASSOCIATES
                              1320 19th Street, N.W., Suite 500
                              Washington, D.C. 20036
                              Telephone: 202-833-8040
                              *Counsel for Plaintiff*

                                                  PERSON & COVEY, INC.

Dated: May 16, 2007                       /s/ Sean C.E. McDonough
                                                  Sean C.E. McDonough (#438599)
                                                  HUDGINS LAW FIRM
                                                  515 King Street, Suite 400
                                                  Alexandria, VA 22314
                                                  Telephone: 703-739-3300
                                                  *Counsel for Person & Covey, Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 16th day of May 2007, I sent a true and accurate copy of the foregoing ELECTRONICALLY to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates
1320 19th Street, Suite 500
Washington, D.C. 20036
*Attorney for Plaintiff*

Michelle R. Mangrum
John Chadwick Coots, Esquire
SHOOK, HARDY & BACON, LLP
600 14th Street, NW, Suite 800
Washington, D.C. 2005-2004
*Attorney for Eli Lilly and Company*

Sidney G. Leech, Esquire
Malcolm S. Brisker, Esquire
Goodell, Devries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorney for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker Biddle & Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
*Attorney for Pharmacia & Upjohn Company & Merck & Company, Inc. & McNeil Labs, Inc.*


John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
*Attorney for Dart Industries, Inc.*

Aaron M. Bailey, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
9th Floor East
Washington, D.C. 20006

Christopher J. Garvey, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, New York 10022
***Attorney for Premo Pharmaceutical Laboratories, Inc.***

Kathleen M. Bustraam
Lord & Whip, PA
36 South Charles Street
10th Floor
Baltimore, Maryland 21201
***Attorney for Lannett Company, Inc.***

Janet C. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
***Attorney for GlaxoSmithKline, Inc. & Mallinckrodt, Inc.***

/s/ Sean C.E. McDonough
Counsel