IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI, et al., </br></br> Plaintiff, </br></br> v. </br></br> ELI LILLY AND COMPANY, et al., </br></br> Defendants. | Case No. 06CA1634GK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Nicole Emily Yankelovich Mordecai and David Mordecai ("Plaintiffs"), and Defendant Merck & Co., Inc. ("Merck") have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Merck. Further, Plaintiffs and Defendant Merck have agreed that Plaintiffs and Defendant Merck will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiffs and Defendant Merck, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Merck each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| AARON M. LEVINE & ASSOCIATES | DRINKER BIDDLE & REATH, LLP |
|---|---|
| By: _____ | By: _____ |
| Aaron M. Levine (#7864) | Elizabeth Ewert (#479368) |
| 1320 - 19th Street, N.W., Suite 500 | 1500 K Street, N.W., Suite 1100 |
| Washington, D.C. 20036 | Washington, D.C. 20005-1209 |
| Telephone: 202/833-8040 | Telephone: 202/842-8800 |
| *Counsel for Plaintiffs* | *Counsel for Defendant Merck & Co., Inc.* |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of June, 2007, a copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.