IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI, et al. | * | |
| | * | |
| Plaintiffs | | Civil Action No.: 06-CV-1634 |
| v. | * | (RCL) |
| ELI LILLY & COMPANY, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

**PRAECIPE OF DISMISSAL WITH PREJUDICE**

Mr. Clerk:

Please be advised that the Plaintiffs in the above-captioned case, acting through their counsel, Aaron M. Levine & Associates, P.A., and the Defendant, Bristol-Myers Squibb Company, acting through its attorneys, Sidney G. Leech and Goodell, DeVries, Leech & Dann, LLP, have reached a settlement in the above-captioned case. These parties agree to the dismissal "with prejudice" of the above-captioned case as to the Defendant, Bristol-Myer Squibb Company only.

_____
Aaron M. Levine (D.C. Bar No. 7864)
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiffs*

_____
Sidney G. Leech (D.C. Bar No. 359071)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for Defendant,*
*Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2007, a copy of the foregoing Praecipe of Dismissal With Prejudice was mailed via first-class mail, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Emily J. Laird, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004

David W. Brooks, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Stephanie Albert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendants Pharmacia and Upjohn Company; Merck & Company; Ortho-McNeil Pharmaceuticals, Inc.*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204; *Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.*

Aaron M. Bailey, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C. 20005-5793; *Attorneys for Abbott Laboratories, Inc.*

Gerry H. Tostanoski, Esquire
Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland 21202; *Attorneys for Elan Pharmaceuticals*

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314; *Attorneys for Person & Covey, Inc.*

_____
Sidney G. Leech